IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICE BRACEY | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| SETH BETANCOURT | : | NO. 20-6205 |

ORDER

AND NOW, this 3rd day of November 2021, for the reasons set forth in the foregoing memorandum, it is hereby ORDERED that:

(1) The motion of defendant Seth Betancourt for summary judgment (Doc. #11) on plaintiff's federal constitutional claims under 42 U.S.C. § 1983 is DENIED; and

(2) The motion of defendant for summary judgment as to plaintiff's state claims is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.